UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Sandra and Fred Seamans, : | |
| Plaintiffs : | CIVIL ACTION NO. 3:13-0698 |
| v. : | (JUDGE MANNION) |
| Andrew B. Tramontana, *et. al.* : | |
| Defendants : | |
| : | |

## ORDER

For the reasons discussed in the foregoing memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

1) Defendants' motions for a more definitive statement are **DENIED**.

2) Defendants' motions to strike are **DENIED**.

3) Defendants Andrew Tramontana's and Universal Technical Institute of Arizona's motions to dismiss are **DENIED**.

4) Defendant EAN Holdings' motion to dismiss is **GRANTED IN PART** as to any claim for punitive damages arising through vicarious liability for Defendant Tramontana's actions and **DENIED IN PART** as to direct liability for punitive damages by entrusting a motor vehicle to Defendant Tramontana.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**DATED: October 22, 2013**
O:\Mannion\shared\MEMORANDA - DJ\2013 MEMORANDA\13-0698-01-ORDER.wpd