# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

**SANDRA AND FRED SEAMANS,** :

      **Plaintiffs** : **CIVIL ACTION NO. 3:13-0698**

      **v.** : **(JUDGE MANNION)**

**ANDREW B. TREMONTANA,** *et. al.*,:

      **Defendants** :

## ORDER

For the reasons stated in the court's memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

(1) The defendants' motion in limine to strike the plaintiffs' accident reconstructionist's expert testimony, (Doc. 45), is **DENIED**;

(2) The plaintiffs' motion in limine to exclude any evidence regarding Mrs. Seamens's diagnosis and treatment for lesions on her liver, (Doc. 47), is **GRANTED**.

                                                      s/ *Malachy E. Mannion*
                                             **MALACHY E. MANNION**
                                             **United States District Judge**

**DATED: September 3, 2014**